**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.  6:09-bk-15238-KSJ** |
| **TELLIGENIX CORPORATION,** | **CHAPTER 11** |
| Debtor. | |
| _____/ | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

**TELLIGENIX CORPORATION** ("Debtor" or "Telligenix"), by and through its undersigned counsel, hereby files its case summary ("Case Summary") and states as follows:

1.     On October 8, 2009 ("Petition Date"), Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Code"); no trustee has been appointed. Debtor continues to operate its business and manage its properties as a debtor-in-possession under Sections 1107 and 1108 of the Code.

**Description of the Debtor's Business**

2.     The Debtor is in the retail seminar business and offers the following services: (1) product management; (2) sales and marketing services; (3) live event management; (4) customer relations; and (5) technology development.

3.     On October 1, 2009, the following entities were merged into Telligenix: American Cash Flow Corporation; TWG, LLP; Business Skills Corporation f/k/a Securities Trading Corporation; Dynetech Acquisition I, LLC; Dynetech Acquisition II, LLC; Dynetech Training & Simulation Corporation; Dynetech Services Corporation; Dynetech Corporation; MyMediaWorks.com Corporation; and The B2G Group, Inc.

**Location of the Debtor's Properties and Type of Property Interest**

6.      The Debtor's principal place of business is located at 7414 Kingspoint Parkway, Orlando, Florida 32819.  The Debtor also has an office located at 111 N. Magnolia Avenue, Suite 1600, Orlando, Florida 32801.  The Debtor leases these premises and does not own any real property.

**Reasons for Bankruptcy Filing**

7.      In 2008, the Debtor started to experience cash flow shortfalls related to a general slowdown in the economy.  Despite numerous expense cuts made, the cash flow situation worsened in early 2009.  However, the Debtor's situation did not become unmanageable until September 18, 2009, when the State of Texas filed a complaint (the "Verified Petition") against Telligenix and certain nondebtors (collectively, the "Defendants") in the case styled: *State of Texas v. B2G Venture, Inc., et al.,* Cause No. 2009-60031, In the District Court of Harris County, Texas (the "Texas State Court Case").

8.      In the Texas State Court Case, the State of Texas brought suit against the Defendants for damages in the amount of ten billion dollars ($10,000,000,000.00) as well as injunctive relief alleging that the Defendants violated state Deceptive and Unfair Trade Practices statutes and Business Opportunity statutes.  The State of Texas' allegations allegedly arise out of Telligenix and other related entities conducting business seminars in the State of Texas.

9.      On September 18, 2009, the Texas State Court entered a preliminary restraining order against Telligenix and the Defendants which authorized and effectively froze all of the Debtor's financial accounts, wherever located, which occurred prior to any evidentiary hearing concerning the merits of the allegations. On September 30, 2009, the State of Texas further exasperated the situation when it filed to extend the temporary restraining order against Telligenix and the Defendants until October 16, 2009.

10. As a direct result, the Texas State Court Case and the temporary restraining order have crippled the Debtor and its ability to continue to conduct business. The outrageous and illegal acts of Texas have damaged the Debtor's reputation, forced the Debtor to lay-off over one-third of the Debtor's employees and have otherwise prevented the Debtor from paying its remaining employees and creditors.

### Ownership Interests in Debtor and Salaries and Benefits of Officers and Directors During the Year Preceding Bankruptcy

11. Pino Financial Corporation owns approximately 79.32% of the Debtor and Pino Investments, Ltd. owns 3.08% of the Debtor. Pino Financial Corporation and Pino Investments, Ltd. are owned by Larry Pino. A variety of other individuals and other entities own the remaining equitable interests in the Debtor.

12. The Debtor's Officers are Anthony Vergopia, President, and Patricia Wilson, Secretary.

13. The Debtor's sole Director is Anthony Vergopia.

14. Debtor's Officers and Directors have taken intermittent salaries during the past year. Current operations are directed by Anthony Vergopia, President and Chief Operating Officer of the Debtor, as well as Mr. Larry Pino as an affiliate employee and founder of the Debtor. An appropriate motion will be filed before any salary is taken by an affiliate officer or director of the Debtor.

### Amounts Owed to Various Classes of Creditors

15. As of the Petition Date, the Debtor's total debt is approximately $14,500,000.00. The Debtor owes approximately $7,000,000.00 for unpaid taxes, approximately $1,300,000.00 to various individuals for claims on deposits held for services and goods that have not yet been provided, and approximately $6,200,000.00 to various trade creditors. The Debtor has no secured creditors.

**General Description and Appropriate Value of
<u>Debtor's Current and Fixed Assets</u>**

16.     Primarily, Debtor's assets consist of personal and intangible property that includes marketing and sales materials, office equipment and furniture, cash in various checking accounts and intellectual property that are valued at approximately $9,000,000.00.

**<u>Number of Employees and Amounts of Wages Owed as of Petition Date</u>**

17.     As of the Petition Date, not including Debtor's officers and directors, Debtor currently has 94 employees and owes approximately $50,000 in prepetition wages and related benefits.

**<u>Anticipated Emergency Relief to be Requested within 14 Days of Petition Date</u>**

18.     Debtor has filed a motion to pay prepetition wages and a motion to pay Mr. Pino as an affiliate employee contemporaneously with this Case Summary and the petition.

**RESPECTFULLY SUBMITTED** this 9th day of October 2009.

<div style="margin-left: 40%;">

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Justin M. Luna, Esquire
Florida Bar No. 0037131
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtor

</div>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                              CASE NO. 6:09-bk-15238-KSJ

**TELLIGENIX CORPORATION,**                        CHAPTER 11

        **Debtor.**
_____/

## Certificate of Service

    **I HEREBY CERTIFY** that a true copy of the **SUMMARY OF CASE** has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: Telligenix Corporation, Attn: Anthony Vergopia, PO Box 2228, Orlando, FL 32802-2228; Telligenix Corporation, Attn: Stephen V. Rosin, General Counsel, PO Box 2228, Orlando, FL 32802-2228; the twenty largest unsecured creditors, as shown on the matrix attached; and the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801, this 9th day of October 2009.

                                                           /s/ R. Scott Shuker
                                                           R. Scott Shuker, Esq.

Allen & Vellone, P.C  
Attn:  Mging Prtnr  
1600 Stout St, Suite 1100  
Denver, CO 80202  

American Express-71004  
US PAYMENT FL  
2965 W Corporate Lake Blvd  
Weston, FL 33331-3626  

B2G Venture, Inc  
Attn:  Pres/Gen Mgr  
2281 NW 53rd Street  
Boca Raton, FL 33496  

Bank of America  
PO Box 15731  
Wilmington, DE 19886-5731  

CIGNA HealthCare  
CGLIC -CHATTANOOGA EASC  
5089 Collection  
Chicago, IL 60693-0050  

Euro RSCG 4D DRTV  
Attn:  Pres/Gen Mgr  
2173 Salk Ave, Suite 300  
Carlsbad, CA 92008  

Fred Steinberg, Inc.  
Attn:  Pres/Gen Mgr  
2281 NW 53rd Street  
Boca Raton, FL 33496  

Get Motivated Seminars  
Attn:  Pres/Gen Mgr  
4710 Eisenhower Blvd #B-5  
Tampa, FL 33634  

Lincoln Orlando Hldgs, LLC  
Attn:  Pres/Gen Mgr  
111 N Magnolia Ave #111  
Orlando, FL 32801  

Livemercial  
Attn:  Debbie Reynolds  
3001 Leonard Dr  
Valparaiso, IN 46383  
Mercury Printers and  

Promotions, Inc  
Attn:  Pres/Gen Mgr  
1010 Virginia Drive  
Orlando, FL 32801  

Multiple Streams of Income  
Attn:  Pres/Gen Mgr  
5072 North 300 West  
Provo, UT 84604  

New York Times  
Att : John Degrazio  
620 Eighth Avenue  
New York, NY 10018  

NorthWest Mailing Service  
Attn:  Pres/Gen Mgr  
5501 W Grand Avenue  
Chicago, Illinois 60639-0000  

Original Resources, Inc  
Attn:  Cherif Medaw  
18622 Rocoso Pl  
Tarzana, CA 91356  

Royal Bank of America  
Attn:  Pres/Gen Mgr  
550 Twp. Line Road #425  
Blue Bell, PA 19422  

Straus & Boies, LLP  
Attn:  Mnging Prtner  
730 17th Street, Suite 550  
Denver, CO 80202  

Torina Media, Inc.  
Attn:  Pres/Gen Mgr  
202 East Hornbeam Drive  
Longwood, FL 32779  

Turner Construction Company  
Attn:  Pres/Gen Mgr  
800 N. Magnolia Ave #500  
Orlando, FL 32803  

Xerographic Digital Printing  
Attn:  Pres/Gen Mgr  
1948 - 33rd Street  
Orlando, FL 32839