**[6LTR01C]** [Forms required to accompany Chapter 11]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION
135 W. Central Blvd., Suite 950
Orlando, FL 32801

October 9, 2009

Raymond Waguespack
Deputy−in−Charge

TO: ATTORNEY FOR DEBTOR(S) OR DEBTOR(S) IF PRO SE

FROM: Vivianne Calderon

RE: Telligenix Corporation

CASE NO. 6:09−bk−15238−KSJ

*Your Chapter 11 petition did not include or was not accompanied with the following items:

☐ Exhibit A – Corporate cases only (Must be filed immediately)

☐ Social Security Number: Pursuant to Fed. R. Bankr. P. 1007(f), the debtor has failed to file a verified statement of social security number.

☐ Tax Identification Number: Debtor failed to provide the complete Tax Identification Number of the debtor.

☐ List of Twenty Largest Unsecured Creditors (Must be filed immediately pursuant to Fed R. Bankr. P. 1007(d))

☐ A corporate ownership statement was not filed pursuant to Fed. R. Bankr. P. 1007 (a)(1) and Fed. R. Bankr. P. 7007.1

☒ Schedules A, B, C, D, E, F, G, H, I & J (within 15 days of filing of petition)

☒ Declaration Under Penalty of Perjury Concerning Debtor's Schedules

☒ Statement of Financial Affairs (within 15 days of filing petition)

☒ Disclosure of Compensation

☐ Case Summary– Including type of business, names of largest secured creditors, brief reason for reorganization (Pursuant to Administrative Order ORL−2005−1)

☒ Application and Proposed Order to Retain an Attorney and Affidavit

** PLEASE FILE AN ORIGINAL WITH THE COURT. **

When completed, return to:     United States Bankruptcy Court
                               135 West Central Boulevard, Suite 950
                               Orlando, Florida 32801