| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|     Plaintiff | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| B2G VENTURE, INC., | § | HARRIS COUNTY, TEXAS |
| TELLIGENIX CORP., | § | |
| BUSINESS SKILLS CORPORATIONS | § | |
| f/k/a DYNETECH TRAINING & | § | |
| SIMULATION CORP., | § | |
| AMERICAN CASH FLOW CORP., | § | |
| B2G INSTITUTE, INC. f/k/a | § | |
| B2G GROUP, INC., d/b/a | § | |
| B2G, B2G INSTITUTE, | § | |
| AMERICAN CASH FLOW INSTITUTE, | § | |
| & AMERICAN CASH FLOW ASSN., | § | |
| FRED STEINBURG, | § | |
| JOHN L. BLEDSOE, & | § | |
| ANTHONY VERGOPIA | § | 151ˢᵗ JUDICIAL DISTRICT |
|     Defendants | § | |

## STATE OF TEXAS' FIRST AMENDED VERIFIED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff the STATE OF TEXAS (hereinafter "Plaintiff"), acting by and through the Attorney General of Texas, GREG ABBOTT, files this FIRST AMENDED VERIFIED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION complaining of Defendants B2G VENTURE, INC., TELLIGENIX CORP., BUSINESS SKILLS CORPORATIONS f/k/a DYNETECH TRAINING & SIMULATION CORP., AMERICAN CASH FLOW CORP., B2G INSTITUTE, INC. f/k/a B2G GROUP, INC., d/b/a B2G, B2G INSTITUTE, AMERICAN CASH FLOW INSTITUTE &

**EXHIBIT "B"**

AMERICAN CASH FLOW ASSN., FRED STEINBURG, JOHN BLEDSOE, & ANTHONY VERGOPIA (hereinafter "Defendants"). The Original Verified Petition was filed on September 18th and at that time the ancillary court signed an Order GRANTING a Temporary Restraining Order against all Defendants and set a Temporary Injunction Hearing for October 2th, 2009. Thereafter, this Honorable Court has before it an unopposed Motion to Extend the Temporary Restraining Order and reset the Temporary Injunction hearing for October 16th, 2009 at 1:30.P.M. At the time of this amendment to the Petition, the Temporary Restraining Order is in effect. For its cause of action Plaintiff would respectfully show:

## I. DISCOVERY PLAN

1.1     The discovery in this case is intended to be conducted under Level 2 pursuant to TEX.R.CIV.P.190.3.

## II. JURISDICTION

2.1     This action is brought by Attorney General Greg Abbott, through his Consumer Protection and Public Health Division, in the name of the STATE OF TEXAS and in the public interest under the authority granted to him by Section 17.47, Texas Deceptive Trade Practices – Consumer Protection Act., TEX. BUS. & COM. CODE ANN., §17.41, *et seq.* ("DTPA") and Chapter 41 of the TEX. BUS. & COM. CODE ANN. - Business Opportunity Act, permitting the Consumer Protection and Public Health Division of the Attorney General's office to bring an action to restrain, by temporary restraining order, temporary injunction, or permanent injunction, the use of any method, act or practice declared to be unlawful by TEX. BUS. & COM. CODE ANN. §17.46, and where such proceedings are in the public interest and Chapter 41 of the TEX. BUS. & COM. CODE ANN.- The Business Opportunity Act. The Attorney General files this suit against Defendants on the

2

grounds that:

A. Defendants have engaged in false, misleading and deceptive acts and practices in the course of trade and commerce as defined herein and as declared unlawful pursuant to the Texas Deceptive Trade Practices--Consumer Protection Act, TEX. BUS. & COM. CODE ANN. § 17.41 et seq.

B. Defendants have engaged in false, misleading and deceptive acts and practices in the course of trade and commerce as defined herein and as declared unlawful and have failed to register a business opportunity with the Texas Secretary of State pursuant to Chapter 41 of the TEX. BUS. & COM. CODE ANN.-Business Opportunity Act.

C. This suit is brought against Defendants for injunctive relief, actual damages, restoration of money or other property, civil fines and penalties, costs, and attorney's fees as a result of the violations of the DTPA.

### III. DEFENDANTS

3.1 Defendant, **B2G VENTURE, INC.,** is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 2281 NW 53rd Street, Boca Raton, FL 33496. Defendant B2G VENTURE, INC. was served with the original Petition by serving its registered agent, Fred Steinberg at 2281 NW 53rd Street, Boca Raton, Florida 33496.

3.2 Defendant, **B2G INSTITUTE, INC. f/k/a B2G GROUP, INC.,** is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 7414 Kingspointe Parkway, Orlando, Florida 32819-6525. Defendant B2G INSTITUTE, INC. was served with the original Petition by serving its registered agent, Incorporating Services, Ltd at 1540 Glenway Drive, Tallahassee, Florida 32301.

3.3    Defendant, **TELLIGENIX CORPORATION (TELLIGENIX),** is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 7414 Kingspointe Parkway, Orlando, Florida 32819. Defendant TELLIGENIX serves as principal for the fictitious name business called B2G Institute and the unregistered name B2G which operates out of that address. Defendant TELLIGENIX was served with the original Petition by serving its registered agent, Incorporating Services, Ltd at 1540 Glenway Drive, Tallahassee, Florida 32301.

3.4    Defendant, **BUSINESS SKILLS CORPORATIONS** f/k/a **DYNETECH TRAINING & SIMULATION CORPORATION,** is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 7414 Kingspointe Parkway, Orlando, Florida 32819. Defendant DYNETECH was served with the original Petition by serving its registered agent, Incorporating Services, Ltd at 1540 Glenway Drive, Tallahassee, Florida 32301.

3.5    Defendant, **AMERICAN CASH FLOW CORPORATION (ACF),** is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 7414 Kingspointe Parkway, Orlando, Florida 32819. Defendant AFC also serves as principal for the fictitious name business called B2G Institute, the fictitious name business American Cash Flow Institute, and the unregistered name B2G which operates out of 255 South Orange Ave., Suite 600, Orlando, Florida- 32801. Defendant **ACF** was served with the original Petition by serving its registered agent, Incorporating Services, Ltd at 1540 Glenway Drive, Tallahassee, Florida 32301.

3.6    Defendant, **FRED STEINBURG,** is an individual whose resides at 2281 NW 53rd Street, Boca Raton, Florida 33496 and is doing business in Texas, was served with the original

4

Petition by serving him at 2281 NW 53rd Street, Boca Raton, Florida 33496.

3.7 Defendant, **JOHN L. BLEDSOE**, is an individual whose resides at 3420 Country Square Drive, #1712, Carrollton, Texas 75006 and is doing business in Texas, and who may be served at 3420 Country Square Drive, #1712, Carrollton, Texas 75006.

3.8 Defendant, **ANTHONY VERGOPIA**, is an individual whose resides at 353 Forest Park Circle, Longwood, Florida 32779 and is doing business in Texas, and who may be served at 353 Forest Park Circle, Longwood, Florida 32779.

## IV. VENUE

4.1 Venue of this suit lies in Harris County, Texas for the following reasons:

A. Under TEX. CIV. PRAC. & REM. CODE ANN. §15.002(a)(1) venue is proper because a substantial part of the events or omissions giving rise to Plaintiff's claim alleged herein occurred in Harris County, Texas.

B. Under the DTPA § 17.56(b)(2), venue is proper because Defendants and their authorized agents solicited transactions made the subject of the action at bar in Harris County Texas.

C. Under the DTPA § 17.47(b), venue is proper because Defendants have done business in Harris County, Texas.

## V. PUBLIC INTEREST

5.1 Plaintiff State of Texas has reason to believe that Defendants have engaged in, and will continue to engage in the unlawful practices set forth below, Plaintiff State of Texas has reason

5

to believe Defendants have caused and will cause immediate, irreparable injury, loss and damage to the State of Texas, and will also cause an adverse effect upon consumers who reside in this State. Therefore, the Consumer Protection and Public Health Division of the Office of the Attorney General of the State of Texas believes and is of the opinion that these proceedings are in the public interest.

## VI. TRADE AND COMMERCE

6.1     Defendants have at all times described below, engaged in conduct which constitutes "trade" and "commerce" as those terms are defined by § 17.45(6) of the DTPA.

## VII. NOTICE BEFORE SUIT

7.1     The Consumer Protection and Public Health Division of the Office of the Attorney General informed the Defendants of the alleged unlawful conduct through its email communications and its Civil Investigative Demand at least (7) days prior to filing suit. However, pursuant to §17.47(a) of the Deceptive Trade Practices Act, contact has not been made with the Defendants herein to inform them of the suit being filed for the reason that the Plaintiff is of the opinion that there is good cause to believe that such an emergency exists that immediate and irreparable injury, loss or damage would occur as a result of notification in that Defendants would dissipate or secrete assets if prior notice of this suit were given.

## VIII. ACTION OF AGENTS

8.1     Whenever in this Petition it is alleged that a Defendant did any act, it is meant that:

A.     The Defendant performed or participated in the act; or

B.     The Defendant's officers, agents or employees performed or participated in

the act on behalf of and under the authority of the Defendant.

## IX. SINGLE BUSINESS ENTERPRISE

9.1     Defendants are jointly and severally liable for the false, misleading and deceptive conduct set out in Paragraph 10 of this Petition on the basis that they are a single business enterprise, carrying out a common business objective.

## X. STATEMENT OF FACTS

10.1     Defendants advertise "workshops" in various newspapers throughout Texas to the general public. (Exhibit "A" The Houston Chronicle (April 27, 2009)). The "free" workshops advertise a "recession-proof income opportunity selling to the government." The full one page ads claim that there are billions of small business government contracts which were not awarded because no one claimed them, and that the workshop will teach one how to locate, bid and win government contracts, how to purchase discounted goods and sell them to the government for a profit, how to obtain credit and how to ensure one gets paid. The ads further profess that "just a phone call could win you a contract for up to $100,000." Most misleading are the testimonials contained in Defendants' ads which give the reader the false impression that winning government contracts after the B2G training seminar **is easy and fast:**

"*We received our first award. Over $300,000!!! Easiest money I ever made.*" -Amy McDonald   IN.

*We have won two federal contracts. We were successful within the month.*" -Shawn Moriarity, DC

"*Just 13 months after the B2G training, we have four contracts worth $2.2 million.*"- Rocky Gonzalez, AZ

"*A $78,000 award on my first bid, in less than two weeks after attending class!*" - Richard Furnari, CA. (Exhibit "A").

7

Further examples of testimonials from other advertisements are:

> *"A $78,000 award on my first bid, in less than two weeks after attending class!"* Richard Furnari, CA (Exhibit "A").

> *"We have won two federal contracts. We were successful within the month."* Shawn Moriarity, DC (Exhibit "A").

> *I won my first award. It was for $38,000. I did all this in less than an hour."* Lynn Callahan, company president (Exhibit "B").

> *"My first deal was for $37,000. Total time on this award, phone calls, and emails, about 45 minutes."* Mike Vogel CEO (Exhibit "B")

> *"We won a total of four contracts with a composite of about $2 million."* David Hall, company president (Exhibit "B").

> *"I've won $300,000 worth of awards in less than one month...."* Richard Furnari CA (Exhibit "C").

> *"We have been awarded a bid totaling $111,495 and another totaling $52,170. Not bad for our tenth week."* Barry Smith, GA (Exhibit "D").

> *"We received our first U.S. Government contract for $56,199."* Dana Carnes CA.(Exhibit "E").

> *"I landed my first project about a week after the training."* Todd Forbes CA (Exhibit "F").

> *"I won a $23,000 deal that I spent a total of 1 hour on."* Todd Forbes, account manager (Exhibit "G")

10.2    The "free" workshops are merely a selling ground for the Defendants' $4,995.00 workshops. ("discounted" to $3,495.00 if the consumer purchases the workshop before leaving the free seminar). The sales pitch throughout the free seminar focuses on testimonials which give the impression that anyone can make money from selling to the government, and that the process is fast and easy. "Employees" of the Defendants represent themselves as successful students of the workshops and give verbal testimonials of how easily they made money, reinforcing the testimonials in the newspaper. Additionally, there are written testimonials placed on an overhead projector giving the same overall impression: that making money for B2G "graduates" is fast and easy. Another

8

tactic used by Defendants is to take a few attendees aside and convince them to convince others. This is accomplished by an "employee" of the Defendants asking for volunteers, taking those few volunteers out into the hallway, and showing them the process in a simplified manner on the computer. The consumers then return to the group relating to others that the process is fast and easy. (Exhibit "H" Affidavit of Carlos Fernandez, Jr.)

10.3    Once consumers are convinced of the fast and easy nature of securing government contracts, they are, at the Texas seminar, given a one page "Internal Application and Enrollment form." (Exhibit "I") The form is a contract to be signed in Texas by the Texas resident. On the back side of the contract is language in 8 point font which states:

*The parties waive trial by court or jury. Any dispute ...shall be resolved by arbitration in Orlando, Florida where this Enrollment form was accepted...."*

This representation in the contract -that the enrollment form was accepted in Florida- is false on its face, in that the contract was signed and the money was accepted in Texas, and further is unconscionable in that it gives the Texas resident no convenient forum.

10.4    It is only after Defendants have obtained signed contracts and collected the funds that consumers learn how difficult and time consuming it is to sell to the government. The end result for the vast majority of consumers is a loss of money with no return on their "investment".

10.5    Consumers pay Defendants approximately $4,000.00 for services to begin a business in which the Defendants have represented that the consumer will earn or is likely to earn a profit in excess of the initial consideration paid by the consumer and the Defendants provide the marketing program in that Defendants offer advice and training in their seminars regarding the operation and management of a business opportunity and offer assistance, guidance, direction and other services

9

to initiate or maintain a business opportunity.

10.6    Defendants purposefully established minimum contacts with this State and availed themselves of the benefits of doing business in Texas by advertising, promoting, and conducting "free workshops" and seminars in Texas which is the subject matter of this suit, by soliciting attendees of the so-called free workshops to buy the three day seminars, and by entering into contracts with Texas residents. Defendants also purposefully availed themselves of the benefits of doing business in Texas by placing their interactive websites on the internet and posting upcoming "free" workshops in Texas and soliciting Texas residents to sign up for their seminars and provide consumer information on the interactive website. Defendant Telligenix solicits consumers to sign up for the "B2G Institute" via the Telligenix website with a tab that urges the consumer to "register now" online for the B2G courses or to call a 1-800 number to register. The funds paid by Texas consumers for the seminars were paid directly to Defendant Business Skills Corporation. On information and belief, Business Skills Corporation functioned as a conduit for the flow of funds to the other Defendants. On information and belief, funds paid by Texas consumers for the B2G seminars were ultimately transferred to Defendant Telligenix Corporation. Consumers who demanded refunds of their money for the B2G seminars were reimbursed with a check on a Telligenix bank account.

10.7    On information and belief, Telligenix controls the internal business operations and affairs of Business Skills Corporation, B2G Group/ B2G Institute, Inc., B2G Venture, Inc., and American Cash Flow Corporation. On information and belief, Defendant Anthony Vergopia, as President of Telligenix Corporation, directed or approved of the advertising and promotion of the Texas workshops and seminars and personally reaped the benefits. The advertisement placed in

10

"The Austin Statesman" on March 30, 2009 which advertised the B2G workshop was contracted for by "My Media Works", a Dynetech Company. Dynetech, with Anthony Vergopia as its President, also shares the same business address as Telligenix. Further, Defendant Fred Steinburg's image appeared in the advertising placed in Texas newspapers. Defendant Steinburg has frequently traveled to Texas and personally conducted B2G Institute seminars, and has personally reaped the benefits. The corporate identities of Business Skills Corporation, B2G Group/ B2G Institute, Inc., B2G Venture, Inc., American Cash Flow Corporation and Telligenix are not separate and distinct and their corporate identities should be fused to prevent fraud and injustice to Texas consumers. Indeed, B2G Institute advertises that it is a trademark of Business Skills Corporation, a subsidiary of Telligenix, evidently with the hope that consumers will be more inclined to do business with B2G if they know it is associated with Telligenix.

## XI. CAUSES OF ACTION

### Violations of the Texas Deceptive Trade Practice Act ("DTPA")

11.1     Plaintiff hereby incorporates the preceding paragraphs above.

11.2     Plaintiff alleges that Defendants have in the course of trade and commerce engaged in false, misleading or deceptive acts and practices declared unlawful in §17.46(a) and (b) of the DTPA.

Such acts include:

A.     False, misleading, or deceptive acts or practices in the conduct of any trade or commerce, in violation of Tex. Bus. & Com. Code § 17.46(a);

11

B.  Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he does not in violation of Tex. Bus. & Com. Code § 17.46(b)(5);

C.  Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another, in violation of §17.46(b)(7);

D.  Advertising goods or services with the intent not to sell them as advertised, in violation of §17.46(b)(9) of the DTPA;

E.  Representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law, in violation of Tex. Bus. & Com. Code § 17.46(b)(12); and

F.  Failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed, in violation of Tex. Bus. & Com. Code § 17.46(b)(24).

## Violations of the Texas Business Opportunity Act

11.3    Plaintiff hereby incorporates the preceding paragraphs above.

11.4    Plaintiff alleges that Defendants have violated the provisions of the Texas Business Opportunity Act by engaging in false, misleading or deceptive acts and practices in the advertising, offering for sale and the sale of business opportunities pursuant to Tex. Bus. & Com. Code § 41.001 *et. seq.*

Such acts include:

A.    Failing to Register a Business Opportunity in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection B) §§ 41.051 *et. seq.* including the requirements of registration;

B.    Failing to obtain a surety bond, establish a trust account or obtain an irrevocable letter of credit required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection C) §§ 41.101 *et. seq.*;

C.    Failing to disclose to purchasers the information required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection D) §§ 41.151 *et. seq.*;

D.    Failing to meet the requirements for contracts required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection E) §§ 41.201 *et. seq.*;

E.    Employing a device, scheme or artifice to deceive a purchaser in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301;

F.   Making an untrue statement of a material fact or omit to state a material fact in connection with the documents and information required to be furnished to the secretary of state or purchaser in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301;

G.   Representing that the business opportunity provides or will provide income or earning potential while failing to document data to substantiate the claims of income or earning potential and failing to disclose the data to the purchaser when the representations are made in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301; and

H.   Making a claim or representation in advertising or promotional material or in an oral sales presentation, solicitation, or discussion between the seller and the purchaser that is inconsistent with the information required to be disclosed by Tex. Bus. & Com. Code Chapter 41, in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301

## XII. DISGORGEMENT

12.1   All of Defendants' assets are subject to the equitable remedy of disgorgement, which is the forced relinquishment of all benefits that would be unjust for Defendants to retain, including all ill-gotten gains and benefits or profits that result from Defendants putting fraudulently converted property to a profitable use. Defendants should be ordered to disgorge all monies fraudulently taken from Texas individuals and businesses together with all of the proceeds, profits, income, interest and accessions thereto. Such disgorgement should be for the benefit of victimized consumers and the State of Texas.

## XIII. INJURY TO CONSUMERS

13.1    By means of the foregoing unlawful acts and practices, Defendants have acquired money or other property from identifiable persons to whom such money or property should be restored, or who in the alternative are entitled to an award of damages.

## XIV. EQUITABLE RELIEF

14.1    The State of Texas asks that the Court temporarily restrain and permanently enjoin Defendants from advertising, offering or conducting their workshop or selling any other products or services in Texas.

14.2    The State of Texas further asks that the Court, under its equity powers, order Defendants to make restitution and disgorge the sum of all money, or the equivalent of money, paid by Texas consumers to Defendants as a fee for rendition of their "products" or "services."

## XV. NECESSITY OF IMMEDIATE RELIEF TO PRESERVE STATUS QUO

15.1    Plaintiff, the State of Texas, had requested and obtained immediate relief by way of an Ex Parte Temporary Restraining Order freezing Defendants' financial accounts. Defendant, Fred Steinberg, and his companies have over the years created numerous seminars to "get rich quick " to the detriment of hundreds of angry and disappointed victims. Defendant Steinburg has been a Defendant in a number of investor lawsuits, but filed bankruptcy to avoid paying restitution to investors. It is apparent that it may be difficult to obtain justice against this Defendant unless steps are taken to freeze any assets which might now be available. The State has received responses from hundreds of consumers to a questionnaire which evidences that consumers were duped into believing that the "free" seminar and thereafter the costly seminar would allow them to secure government

contracts easily and quickly. Most have paid approximately $4,000 or more as a result of being misled.

15.2    In addition to a temporary restraining order, an immediate temporary injunction is necessary to temporarily restrain and thereafter permanently enjoin Defendants from advertising, offering or conducting their workshops or any other products or services in Texas. In addition, this injunction is needed to continue to freeze assets and ensure additional victims are not added to the massive list of current consumers who fell victim to these misrepresentations. Further damage to the public is likely to occur if this temporary restraining order is not granted.

## XVI. REQUEST TO CONDUCT DISCOVERY PRIOR TO TEMPORARY INJUNCTION HEARING

16.1    Plaintiff has requested and obtained via the temporary Restraining Order leave of Court to conduct telephonic, oral, written and other Depositions (containing requests for production) of witnesses prior to any scheduled Temporary Injunction Hearing and prior to Defendants' answer date. There are a number of victims and other witnesses who may need to be deposed prior to any scheduled temporary injunction hearing. Any depositions, telephonic or otherwise, would be conducted with reasonable, shortened notice to Defendants and their attorneys, if known.

## XVII. TRIAL BY JURY

17.1    Plaintiff herein requested a jury trial and has tendered the jury fee to the Harris County District Clerk's office pursuant to TEX. R. CIV. P. 216 and TEX. GOV'T CODE ANN. §51.604.

## XVIII. APPLICATION FOR PERMANENT INJUNCTION

18.1     Because Defendants have engaged in the unlawful acts and practices described above, Defendants have violated and will continue to violate the law as alleged in this Petition. Unless restrained by this Honorable Court, Defendants will continue to violate the laws of the STATE OF TEXAS and cause immediate, irreparable injury, loss and damage to the State of Texas and to the general public. Therefore Plaintiff requests a Permanent Injunction as indicated below.

## XIX. PRAYER

19.1     WHEREFORE, Plaintiff prays that Defendants be cited according to law to appear and answer herein; and upon notice and hearing a Permanent Injunction be issued, **restraining and enjoining** Defendants, Defendants' agents, servants, employees and attorneys and any other person in active concert or participation with Defendants from engaging in the following acts or practices:

A.     Transferring, concealing, destroying, or removing from the jurisdiction of this Court any books, records, documents, invoices or other written or computer generated materials relating to the business of Defendants currently or hereafter in their possession, custody, or control except in response to further orders or subpoenas in this cause;

B.     Transferring, spending, hypothecating, concealing, encumbering, or removing from the jurisdiction of this court any money, stocks, bonds, assets, notes, equipment, funds, accounts receivable, policies of insurance, trust agreements, or other property, real, personal, or mixed, wherever situated, belonging to or owned by, in possession of, or claimed by Defendants, insofar

as such property relates to, arises out of, or was derived from the business operation in Texas of Defendants without further order of this Court;

C.  Representing, expressly or by implication, in Texas that securing government contracts is fast and easy;

D.  Using testimonials in Texas which express or imply that securing government contracts is fast and easy;

E.  Making oral representations to Texas consumers that, directly or indirectly, contradict terms or language contained in Defendants' written contracts with Texas consumers;

F.  Representing in Texas that products such as workshop or seminar materials and services such as seminars or workshops have characteristics, uses and benefits which they do not have;

G.  Representing in Texas that products such as workshop or seminar materials and services such as seminars or workshops are of a particular quality if they are of another;

H.  Advertising in Texas goods or services such as workshop or seminar materials and services such as seminars or workshops with the intent not to sell them as advertised;

I.  Representing in Texas that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law;

18

J.    Failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the Texas consumer into a transaction into which the consumer would not have entered had the information been disclosed;

K.    Failing to Register a Business Opportunity in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection B) §§ 41.051 *et. seq.* including the requirements of registration;

L.    Failing to obtain a surety bond, establish a trust account or obtain an irrevocable letter of credit required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection C) §§ 41.101 *et. seq.*;

M.    Failing to disclose to purchasers the information required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection D) §§ 41.151 *et. seq.;*

N.    Failing to meet the requirements for contracts required under the Business Opportunity Act in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection E) §§ 41.201 *et. seq.;*

O.    Employing a device, scheme or artifice to deceive a purchaser in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301;

P.    Making an untrue statement of a material fact or omit to state a material fact in connection with the documents and information required to be furnished

to the secretary of state or purchaser in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301;

Q.  Representing that the business opportunity provides or will provide income or earning potential while failing to document data to substantiate the claims of income or earning potential and failing to disclose the data to the purchaser when the representations are made in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301; and

R.  Making a claim or representation in advertising or promotional material or in an oral sales presentation, solicitation, or discussion between the seller and the purchaser that is inconsistent with the information required to be disclosed by Tex. Bus. & Com. Code Chapter 41, in violation of Tex. Bus. & Com. Code Chapter 41 (Subsection G) §§ 41.301.

19.2  In addition, Plaintiff, STATE OF TEXAS respectfully prays that this Court will:

A.  Adjudge against Defendants, jointly and severally, civil penalties in favor of Plaintiff State of Texas in an amount of not more than $20,000 per violation of the DTPA;

B.  Adjudge against Defendants, jointly and severally, civil penalties in favor of Plaintiff State of Texas in an amount up to $250,000 allowed by law under the DTPA, specifically, DTPA §17.47(c)(2), due to Defendants committing acts and practices which were calculated to acquire or deprive money or other property from consumers who were 65 years of age or older when the act or practice occurred;

C.     Order Defendants to restore all money or property taken from identifiable Texas consumers by means of unlawful acts or practices, or in the alternative, award judgment for damages to compensate for such losses;

D.     Order Defendants to pay Plaintiff State of Texas attorneys fees and costs of court pursuant to TEX. GOVT CODE §402.006(c);

E.     Order Defendants to pay pre-judgment interest on all awards of restitution, damages, civil penalties and attorney fees as provided by law; and

F.     Grant all other relief to which Plaintiff State of Texas may show itself entitled.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID MORALES
Deputy Attorney General for Civil Litigation

PAUL D. CARMONA
Chief, Consumer Protection and Public Health Division

JANET DANN
State Bar No. 00792091
ROSEMARIE DONNELLY
State Bar No. 5983020
Assistant Attorneys General
Consumer Protection & Public Health Division
808 Travis, Suite 1520
Houston, Texas 77002
Telephone 713-223-5886
Facsimile 713-223-5821
**ATTORNEYS FOR PLAINTIFF**

21

## VERIFICATION

The facts contained in this First Amended Petition are verified by the attached affidavit of Carlos Fernandez, Jr. as set forth in the affidavit.

_____
JANET DANN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *State of Texas' First Amended Verified Petition and Application for an Ex Parte Temporary Restraining Order , Temporary Injunction and Permanent Injunction* is being served upon counsel for Defendants or Defendants without counsel in the manner via regular mail in accordance with Texas Rules of Civil Procedure 21 and 21a, on this the 1st day of October, 2009.

_____
JANET DANN

# Discover a Huge Recession-proof Income Opportunity Selling to the Government

*Last year more than $47 billion in small-business contracts were **not** awarded because no one claimed them! Create a whole new career filling these contracts and getting paid BIG by the U.S. government…*



**FRED STEINBERG**
**FOUNDER, THE B2G INSTITUTE**

The federal government will spend upwards of $1 trillion on contracts and awards in 2009 bolstered by President Obama's American Recovery and Investment Act.

A whole new career or a second income looking for a recession-proof business concept, this is a truly once-in-a-lifetime opportunity.

The next year you can start to create possible income by filling unclaimed contracts for the U.S. government even with no inventory, no office, no employees and no experience.

If you've been looking for an opportunity to take control of your financial security, to realize a brightening economy and uncomplicated nightmares — this...

Whether you're already in business, or want to start one — you need to be selling to the government. It is the biggest customer in the world and the government is waiting to buy from you.

### HERE'S THE HOW AND WHY…
More than 30,000 government contracts are awarded each day nationwide. They run the entire gamut, from office supplies to T-shirts, furniture, remodeling and services.

Even though most businesses are tightening their belts, the government is the only customer in town with its checkbook wide open.

According to *The Wall Street Journal* columnist Peggy Noonan:

*"Government is our most reliable current and future growth industry."*

### WHAT MOST BUSINESS OWNERS DON'T KNOW COULD MAKE YOU RICH
Oftentimes the government and the small businesses that need to fulfill contracts don't connect with each other.

Last year, for example, $47 billion could not be awarded because the small businesses they were after either never knew, or simply didn't know how to find them. Where were you? This is where opportunity exists for you to create substantial income.

This gold mine of opportunity could mean purchasing the goods to fulfill a contract at a discount, and then selling them to the U.S. government at a profit. The goods can be bought on credit and shipped directly from your supplier to your government customer. You don't even have to have a place to keep inventory. And the government is required by law to pay you within 30 days. So, in reality, you've risked nothing.

Listen, 2.5 million jobs were lost during 2008. If you're fearful about today's onslaught of unemployment; if you're looking for a way out of your current job; or if you're in business and want to sell your goods to the largest customer in the world — this is the quick-start opportunity you've been waiting for.

### B2G WORKSHOP IS A $375 VALUE — YOURS FREE
At my free B2G Institute Workshop, you'll discover how easy it can be to locate, bid on, and win contracts you can easily fill for a profit.

You'll also discover how to purchase the discounted goods, how to obtain credit, and how to ensure you get paid by the government within 30 days — GUARANTEED.

### WITH NO EMPLOYEES, NO OFFICE, NO SCHEDULE, AND NO STRESS — THIS IS TRULY PERFECT FOR BEGINNERS
There's never been a better time to take control of your professional, personal, and financial destiny. Don't wait until you're the next to be laid off. Start acting now to ensure you and your family are financially bulletproof in today's economy.

Learn how you can know when the contracts will be available AND discover how to build a network of product suppliers that you can tap to fill the contracts.

The workshop is free. So you have nothing to lose and a world of opportunity to gain.

### Discover How To:
- Bid for contracts in three basic steps
- Skyrocket your chances for success by bidding on contracts with no competition
- Position for a steady stream of jobs that require no simple paperwork
- Establish a network with key government contacts

### Who Should Attend
**Businesspeople** looking to sell to the world's richest customer

**Investors** looking to tap into the biggest government spending spree since the New Deal

**Retirees** hurt by a volatile stock market and looking for a new source of income

**Ex-Military** looking to own their own business

**Young entrepreneurs** who want little or no competition

**Minority and women-owned businesses** looking to get a bigger slice of the power in the world

### B2G Graduates Report Phenomenal Results Doing Business With The Federal Government!

*"We received our first award. Over $300,000!!! Easiest money I ever made."* — Amy McDonald, IN

*"We have been awarded a bid totaling $111,490."* — Barry Smith, GA

*"We received our first U.S. government contract for $54,192."* — Dana Carnes, CA

*"We have won two federal contracts. We were... B2G... our mentor... Do..."*

*"Just in three weeks after the training, we have four contracts worth $2 million."* — Pedro Gonzalez, AZ

*"A $78,000 award on my first bid, no less than two weeks after attending class!"*

### 5 Facts That Can Lead to a Rich Future
1. The government awards contracts to companies of all sizes — even one-man shops.
2. The government is projected to spend an additional $500 billion in 2009.
3. $47 billion in contracts could not be awarded last year simply because no company bid on the job. Where were you?
4. The government is REQUIRED BY LAW to pay within 30 days.
5. Thousands of contract bids require no paperwork — just a phone call could win you a contract for up to $100,000... without bidding on contracts.



**B2G INSTITUTE**
**WHERE BUSINESS & GOVERNMENT MEET**

### Recession-proof income opportunity perfect for businesses and beginners alike
Sign up online at myB2Gworkshop.com or call toll-free: 800-809-1289

NEW 2009

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY |
| April 27, 2009 | April 28, 2009 | | |

# Government contracts are how you can blast your way out of today's recession

The government awards more than 54,000 contracts each workday on average. There are more government contracts than there are companies asking for them. All the work your company needs to make 2009 a record year is available right now from one source.

*"We have four contracts worth $2.2 million."*
— Rocky Gonzalez, company president

*"The government needs stuff and I can get it for them. My first deal was for $37,000. Total time on this award, phone calls, and e-mails, about 45 minutes."*
— Mike Vogel, CEO

*"We won $300,000 worth of awards in less than one month."*
— Richard Furnari, CEO

*"We won a total of four contracts with a composite of about $2 million."*
— David Hall, company president

*"I won my first award. It was for $38,000. I did all of this in less than an hour."*
— Lynn Callahan, company president

*"I'm absolutely thrilled I attended the workshop... I won a $23,000 deal that I spent a total of one hour on."*
— Todd Forbes, account manager

## Register today for the training that will show How to Win U.S. Government Contracts

Don't try to sit out the recession. The economy is in for a slow recovery. Credit will remain tight. Job losses will continue. The time to safeguard your company's future and give your employees the security they need is now.

Learn how to get government contracts for your business. One or more government contracts can infuse your company with $50,000... $500,000... or more.

---

# SAVE $1,000
**Tuition Savings Blowout**
3-day Training Course

## How to Win U.S. Government Contracts
### Hurry. Tuition savings end July 31, 2009.

Call an enrollment specialist today for a schedule of training events.

# 866-538-8615

Monday – Friday, 9 a.m. to 6 p.m. ET

**LIMITED TIME OFFER**
Phone orders only. Savings not available online.
29% savings end July 31, 2009

You can take the 3-day class anytime during the next 12 months, but to capture the $1,000 discount, you must register by July 31, 2009.

Limited time offer. Applies to enrollments by private party. This discount cannot be transferred online or at a later prepay event. Tuition discount applies to new paid enrollments in any regularly scheduled training event and is valid for 12 months of your enrollment. The reserve the $1,000 discount, you must register by July 31, 2009. Discount is not transferable and cannot be used in conjunction with any other offer.

B2Gi Institute PEG1 is a trademark of The B2Gi Group, Incorporated. B2Gi is a training institute and is a representative or guarantee. Tuition discounts as to the outcome of any government contract award. Testimonials included may not represent typical results. Unique experiences and past performances do not guarantee future results. Neither B2Gi, The B2Gi Group, Incorporated nor represent that this program is approved or sponsored by or on behalf of any agency of the federal or any state government. B2Gi and The B2Gi Group, Incorporated, their owners, employees, and affiliates (b) not give legal/financial advice and do not license and/or registered as licensee or attorneys. Any student should seek such advice from a competent licensed professional. The information contained in this program does not constitute legal advice and should not be used as a substitute for the advice of competent counsel with respect to any particular circumstances.

EXHIBIT
B



# ALERT: Thousands of new government contracts available!

Find out how your company could be awarded a government contract.

## $1,000 SAVINGS GUARANTEE

How to Win U.S. Government Contracts
3-day Training Course **NOW ON SALE**

**Ask about our money-back guarantee**

*"I've won $300,000 worth of awards in less than one month. After 30 years in business, I have never felt as optimistic about the future growth of my business."*
— Richard Furnari, CA

*"I landed my first project about a week after the training."*
— Todd Forbes, CA

*"We have won two federal contracts. We were successful within the month."*
— Shawn Moriarty, DC

*"Just 13 months after the B2G training, we have four contracts worth $2.2 million."*
— Rocky Gonzalez, AZ



**B2G**
INSTITUTE

B2G Institute
Enrollment Services Department
7414 Kingspointe Parkway · Suite 300
Orlando, FL 32819

Savings Authorization Code
PRS000001-333

46
11673

L. Bregel
111 N Magnolia Ave Ste 1600
Orlando, FL 32801-2367

First Class Presort
U.S. Postage
**PAID**
Permit 615
Orlando, FL





**EXHIBIT**

C

From: Fred Steinberg [info@b2ginstitute.com]
Sent: Tuesday, June 23, 2009 11:28 AM
To: Terri Stucky
Subject: Terri, are you ignoring the world's best customer?



# $1,000 SAVINGS GUARANTEE

**B2G INSTITUTE**
WHERE BUSINESS &
GOVERNMENT MEET

## *How to Win U.S. Government Contracts*

### 3-day Training Course

## ★ LIMITED TIME OFFER Savings End July 31, 2009 ★

Dear Terri,

As a businessperson, you know how important word-of-mouth advertising is.

Nothing beats the praise of a satisfied customer. It's the best pat on the back your company can get.

Here's what students of our B2G training have said...

*"We have been awarded a bid totaling $111,495 and another totaling $52,170. Not bad for our tenth week."*
— Barry Smith, GA

*"We received our first U.S. government contract for $56,199."*
— Dana Carnes, CA

*"Soon after our company was awarded a federal contract, we received an offer from another company to buy us out. This was like hitting a home run."*
— Larry Baratta, FL

*"We received our first award... over $300,000. Easiest money I ever made."*
— Amy McDonald, IN

Our files are stuffed with letters thanking us for our program.

We've chosen these testimonials because they illustrate some important points:

1. B2G training works.
2. B2G training works fast.
3. B2G training works incredibly fast.

Students of B2G are getting government contracts. Not just one contract, but multiple contracts.

We hope you can see how quickly your investment in B2G training can pay off.

Sign up today for our 3-day course: How to Win U.S. Government Contracts.

**Tuition is $1,000 OFF for a limited time. It's a sound investment in the future of your company. You have our word on it.**

Sincerely,
Your B2G team

You can take the 3-day class anytime during the next 12 months, but to capture the $1,000 discount, you must register by July 31, 2009.

# 866-538-8615

### Monday - Friday, 9 a.m. to 6 p.m. ET
### Authorization Code: PRS-Terri 329A

Limited time offer. Applies to enrollments by phone only. This discount cannot be redeemed online or at a live preview event. Tuition discount applies to your enrollment in any regularly scheduled training event held within 12 months of your enrollment. To receive the $1,000 discount, you must enroll by July 31, 2009. Discount is not transferable and cannot be used in conjunction with any other offer.

Terri, you're receiving this email from the B2G Institute because you're attended a workshop, like to discover new ways to make money, and opted in to receive special offers. Well done! To make sure you are not left out on future emails, add info@b2ginstitute.com to your safe sender list. You may UNSUBSCRIBE or choose a different email for us to contact you. Edit your preferences here.

This email was sent by: **B2G Institute**
7414 Kingspointe Parkway, Suite 300 Orlando, FL, 32819, USA

B2G Institute ("B2G") is a trademark of The B2G Group, Incorporated. B2G is a training institute and no representation or guarantee is made as to the outcome of any government contract award. Testimonials included may not represent typical results. Unique experiences and past performances do not guarantee future results. Neither B2G, The B2G Group, Incorporated, nor this program is approved or sponsored by or affiliated with any agency of the federal or any state government. B2G and The B2G Group, Incorporated, their owners, employees, and affiliates do not give investment advice and are not licensed or registered as brokers or advisors with any federal or state agency. The information contained in this program does not constitute legal advice and should not be used as a substitute for the advice of competent counsel with respect to your particular circumstances. V7-329A

6/23/2009

*"The B2G three day Workshop in March has literally catapulted our Company into Government Contracts and has changed the way we do business! Thanks, B2G, you have provided us with a great service!"*

Tom Preziuso, CEO
Tampa, FL

## Growth in Government Spending



## The Contract Starts Monday

*"My partner and I attended the B2G Seminar in San Francisco. I found an opportunity that was posted with the Coast Guard and we submitted the proposal on Friday 6/6/08. Today we received our first US Government Contract for $56,199 and will start the project on Monday."*

Dana Carnes, President
Bay Spain Inc





## Awarded in 4 hours

*"Thank you for your advice, I won a $23,000 deal that I spent a total of 1 hour on. When the contracting officer called me 4 hours after I submitted the bid and told me I won, I was shocked!"*

Todd Forbes, Account manager
Transform Commercial Interiors



**EXHIBIT**

E

# Has money. Will spend.

The U.S. government is required by law to award contracts to civilian businesses like yours. More than 70,000 contracts for products and services are issued each workday. Nearly $500 billion will be spent this year.

There are more contracts available than there are companies bidding for them. Sometimes few to no companies bid on a contract. More than $47 billion could not be awarded in 2007 simply because no firms bid for the work.

Winning a contract from the U.S. government could lift your revenues and secure the future for your employees. You'll have little to no marketing expenses. Higher profit margins. And you will always be paid in full within 30 days.

*"I landed my first project about a week after the training. I won a $23,000 deal...*
*Not too bad for an hour's worth of work!"*
— Todd Forbes, CA

*"In less than one month... I've won $330,000 worth of awards."*
— Richard Furnari, CA

*"We received our first award. Over $300,000!!! "*
— Amy McDonald, IN

*"Just 13 months after the B2G training, we have four contracts worth $2.2 million.*
*Life is good on my end!!"*
— Rocky Gonzalez, AZ



EXHIBIT

tabbies®

F

### Award

- **Just 13 months after the B2G training, G2 Ops, Inc. has four contracts worth $2.2 million in gross revenues and** projects revenues to reach $4.5 million for 2009."

Rocque Gonzalez, CEO
G-2 Ops, Inc.



### Award

**Our largest deal to date has been as a prime contractor providing Computer Specialist Support to the United States Air Force. This deal is worth 34k.**

**Shawn Moriarty, CEO**
**Competent Technologies**



### Award

Hey there, just wanted to follow up and let you know that I won my first award Friday evening. *It is for $38,000 of sofas and loveseats for an AFB in Montana.*

It really was as easy as finding the opportunity, contacting the manufacturer for a quote, and submitting the bid. I did all of this in less than an hour!

I am very excited moving forward!

Lynn Callahan



### Award

From: Richard Furnari
[mailto:manglegovernmentsolutions@gmail.com]
Sent: Friday, August 29, 2008 1:24 PM
To: Judy Ludwick
Subject: Re: $257,000 Award at: Hickam AFB

I'd like to add that, **less than 1 month from** attending the Anaheim Ca seminar, I've won **$330,000 worth of awards and, *without your class* this would have been impossible to** achieve in such a short time, if at all.



### Award

My partner and I attended the B2G Seminar in San Francisco on May 19. I found an opportunity that was posted with the Coast Guard and submitted the proposal on Friday, June 13, 2008. We received today our first US Government Contract for $56,199.00 and will start the project on Monday.

Dana Carnes, President,
Bay Span Inc.



### Award

Thank you for your advice. I won a **$23,000 deal that I spent a total of 1hour on.** When the contracting officer called me 4 hours after I submitted the bid and told me I won I was shocked! Not too bad for an hours worth of work!
Todd Forbes, Account manager
*Interform* Commercial interiors



**EXHIBIT**

tabbies

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

# AFFIDAVIT OF CARLOS FERNANDEZ, JR.

BEFORE ME, the undersigned authority, on this day personally appeared Carlos Fernandez, Jr., who first being by me duly sworn according to the law upon his oath, deposed and said:

1. "My name is Carlos Fernandez, Jr. I am over eighteen years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an investigator for the Office of the Attorney General, Consumer Protection and Public Health Division. I have been assigned to conduct an investigation on B2G Institute and related entities and individuals.

3. I first secured a copy of the Houston Chronicle advertisement placed by the B2G Institute dated Monday, April 27, 2009. A copy of that advertisement is Marked Exhibit "A" and attached to the Petition. I also reviewed other advertisements which were sent to this office in response to a Civil Investigative Demand issued to the Defendants. True and correct copies of Defendants' advertisements are attached to the petition as Exhibits.

4. The Houston Chronicle advertisement stated that a workshop with a "$375 value would take place in my area for free on Monday April 27th daily through Thursday April 30, 2009. I attended the seminar on Wednesday, April 29, 2009.

5. During the workshop, I observed people situated in the back of the room who were working on computers.

6. Also during the workshop, testimonials were flashed on an overhead projector.

7. During the workshop, one "employee" of B2G asked for volunteers and took a few people out into the hallway to show them how to win contracts on the computer.

8. I next circulated an email to the Texans who purchased the seminar which cost approximately $4,000.00. The names of those Texans were supplied by Defendants in response to a Civil Investigative Demand. A copy of the email together with all the responses are attached to the Petition as an Exhibit "J".

8. I have included three hundred pages of responses to the email I circulated.



**EXHIBIT**

**H**

9. My investigation also included research to determine whether or not any of the Defendants had registered with the Texas Secretary of State pursuant to Chapter 41 of the TEX. BUS. & COM. CODE ANN.- Business Opportunity Act. I determined that none of the businesses which are named in the Petition nor the individuals had registered with the Texas Secretary of State pursuant to the Business Opportunity Act.

Further Affiant Sayeth not.



Carlos Fernandez, Jr.

SWORN TO and SUBSCRIBED TO before me on this the ___18ᵗʰ___ day of September, 2009

TANYA L. HERNAN....
Notary Public, State of Texas
My Commission Expires 09-12-2011

Notary Public in and for the
State of Texas



# B2G MASTERY TRAINING PROGRAM
## Internal Application and Enrollment Form

**B2G Mastery Training Program Includes:**

- 3-Day Live Training
- Training Workbook
- Forms and Documents CD
- One Year Re-admittance to any B2G Training Programs

- Resource Manual
- IFB Exercise Book
- One-on-ones with Instructors at Training Event
- 12 Months of Member Advisor Support

Event Code _____     Class Date _____     Class City _____

| | |
|---|---|
| Title (check one) ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Miss ☐ Dr.     ID # _____ | |
| Student's First Name _____ | Student's Last Name _____ |
| Address _____ | |
| City _____     State _____     Zip Code _____ | |
| Daytime Telephone _____     Ext. _____     Evening Telephone _____ | |
| E-mail Address _____ | |
| Associate's Name* _____   (Please read the Associate Discount Disclaimer on the back of this Enrollment Form) | |
| Associate ID # _____       * Associate is classified as an individual who is employed by the same company as the Student. | |

How did you hear about B2G? ☐ Mail ☐ TV ☐ Radio ☐ Newspaper ☐ E-mail ☐ Friend ☐ Internet ☐ Other

☐ **Student Tuition $** _____      ☐ **Student Finance $** _____      ☐ **Associate Tuition $** _____

| | |
|---|---|
| A. Form of Payment ☐AMEX ☐Visa ☐MC ☐Disc ☐Check | B. Form of Payment ☐AMEX ☐Visa ☐MC ☐Disc ☐Check |
| Name on Card/Check _____ | Name on Card/Check _____ |
| CC / Check # _____ | CC / Check # _____ |
| CC App Code _____     Amount Paid $ _____ | CC App Code _____     Amount Paid $ _____ |
| Exp. Date _____ | Exp. Date _____ |

Cardholder Signature: _____      Date: _____

Student, by applying personally, or by telephone, acknowledges reading and understanding the information contained on the front and back of this Application and Enrollment Form ("Enrollment Form") including, without limitation, the Law and Arbitration clause, and agrees to be bound thereby.

**EXTENDED GUARANTEE.** STUDENT IS GUARANTEED THE RIGHT TO WITHDRAW FROM THE TRAINING PROGRAM DESIGNATED HEREIN WITHOUT PENALTY BY THE END OF THE FIRST DAY OF TRAINING CLASS SCHEDULED ABOVE. ALL TRAINING MATERIALS MUST BE RETURNED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF A REFUND REQUEST. REFUNDS WILL THEN BE PROCESSED WITHIN THIRTY (30) DAYS FROM THE DATE THE MATERIALS ARE RECEIVED.

Student Signature _____      Enrollment Date _____     EC _____

Team _____

255 South Orange Avenue, 6th Floor, Orlando, Florida  32801
Local (407) 206-6521    Toll Free (800) 809-1289    Fax (407) 206-6503
www.b2ginstitute.com

EXHIBIT

I

# TERMS AND CONDITIONS

*This is Student's application into the B2G Mastery Training Program ("Program") conducted by the B2G Institute ("B2G") and becomes a full enrollment under the following terms upon acceptance and admission by B2G, which shall occur exclusively in Orlando, Florida.*

**Acknowledgment.** Student acknowledges that success is dependent on a number of factors, including, but not limited to, attitude, persistence, and full participation in all phases of the Program. B2G is dedicated to helping Students become successful in the Program as the success of the Program itself depends on the completion and implementation by Students of the strategies taught in the Program. By signing the front page of this Enrollment Form, Student affirms an intent and commitment to learn and implement these strategies. Extended Guarantee is applicable only to the first time buyers of B2G

**Electronic Recordkeeping.** Student acknowledges and agrees that B2G may store this Enrollment Form in an electronic recordkeeping system in the regular course of business and that a printed copy of the imaged document may be used and introduced in any arbitration, litigation, or other proceeding, and shall have the same force and effect as the original which may be destroyed.

**Representations.** Student acknowledges that B2G has made no representations or guarantees other than those expressed herein. Student has not relied thereon; and B2G specifically disclaims any other representations or warranties. Moreover, Student recognizes and acknowledges that individual performance depends upon the individual skills, time availability, and dedication of each Student in the Program. Student acknowledges that B2G is a training institute and is not offering a business opportunity or franchise, and is not ascertaining the suitability of this Program for the Student. The Enrollment Form represents the entire understanding and supersedes all prior statements, agreements, and understandings, if any, either oral or written.

**Mentoring Policy.** Mentoring sessions must be completed within one (1) year from the date of enrollment. Remaining Mentoring sessions are non-refundable.

**Law and Arbitration.** The parties waive trial by court or jury. Any dispute arising from or relating to this Enrollment Form, the introductory workshop, the software, if any, the training, the training materials, or the arbitrability of any dispute shall be resolved by arbitration in Orlando, Florida, where this Enrollment Form was accepted, and governed by and construed under Florida law, except its conflict of laws rules. A party may only bring a claim for breach of this Enrollment Form, and shall not be permitted to bring a claim sounding in tort or otherwise. No party may bring or become a member of a class action against another. Arbitration shall be conducted by a panel of three (3) arbitrators pursuant to this paragraph and the Florida Small Claims Rules in effect at the time a claim is initiated, except Rule 7.010. The party initiating arbitration ("Claimant") shall select an arbitrator and notify the other party ("Respondent") in writing by Certified Mail/Return Receipt Requested of the nature of the claim and the arbitrator's name. Respondent shall have twenty (20) days from receipt of the notice to select the second arbitrator and notify Claimant in writing via the same type of mail of the second arbitrator's name and the nature of any defense. These arbitrators shall select, at their sole discretion, a third arbitrator to complete the panel. If a party fails to select an arbitrator timely, then a final decision in favor of the other party shall be entered by the latter's arbitrator. Each arbitrator must be a lawyer with over ten (10) years' experience or a retired judge. The arbitrators' decision shall be by majority vote, final, and binding. No party shall be awarded attorney's fees or costs, whether or not taxable by a court or arbitrator(s) as costs. No action filed more than twenty-one (21) months after the Enrollment Date shall be entertained by any arbitrator or court. If awarded, the total of all damages shall not exceed the purchase price paid hereunder. Any proceedings, whether or not consistent with this Agreement shall be filed with and entered only by a court in Orlando, Florida, having jurisdiction thereof. Student acknowledges that competing products and services are readily available and, therefore, waives any right to assert that this Enrollment Form is a contract of adhesion or that any provision of it is unconscionable

**Severability.** If any provision of this Enrollment Form shall be held unenforceable, such provision shall be limited or eliminated to the minimum extent necessary so that the remaining provisions of this Enrollment Form shall otherwise remain in full force and effect.

**Limitations of Use.** This Program is designed for personal use only. Student agrees that only the Student will use the Program. Student shall not resell or otherwise distribute the original or any copy of the Program materials in any manner or any part thereof, in any manner, and shall not allow others to do so. Any violation of this policy may lead to prosecution under state or federal law, or both.

**Associate Discount.** The Student or Associate, by applying, personally acknowledges reading and understanding the terms and conditions contained in this Associate Discount clause, and agrees to be bound thereby. Should Student exercise the 3-Day Right to Cancel, Associate must also timely exercise the 3-Day Right to Cancel, or Associate must pay the difference between the Associate Tuition Price and the Student Tuition Price in order to remain in the Program.

**Disclaimer.** B2G Institute ("B2G") is a trademark of Telligenix Corporation ("TC"). B2G is a training institute and no representation or guarantee is being made as to the outcome of any government contract award. Testimonials included may not represent typical results. Unique experiences and past performances do not guarantee future results. Neither TC nor this program is approved or sponsored by or affiliated with any agency of the federal or any state government. TC, B2G, their owners, employees, and affiliates do not give investment advice and are not licensed as brokers by or registered as advisors with any federal or state agency. The information contained herein does not constitute legal advice and should not be used as a substitute for the advice of competent counsel with respect to your particular circumstances.$V^2$

Student Signature: _____