UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-15238-KSJ

TELLIGENIX CORPORATION,  CHAPTER 11

        Debtor.
_____/

ORDER GRANTING TELLIGENIX CORPORATION'S MOTION FOR AN ORDER
APPROVING: (i) SALE OF ASSET (URL), FREE AND CLEAR OF LIENS; AND
(ii) APPROVAL OF FUTURE SALES OF URLS FREE AND CLEAR OF LIENS

    **THIS CASE** came on for hearing on March 24, 2010 ("Hearing"), upon the Motion for an Order Approving: (i) Sale of Asset (URL) Free and Clear of Liens; and (ii) Approval of Future Sales of URLs Free and Clear of Liens filed by Telligenix Corporation (the "Debtor") on January 14, 2010 ("Motion for Order Approving Sale") (Doc. No. 108). Upon consideration of the motion, the evidence proffered and the arguments of counsel present at the Hearing, it is hereby

    **ORDERED:**

    1.    The Motion for Order Approving Sale is granted.

    2.    The Letter of Intent, delivered to the Debtor by Diversified Investment Services, Inc., as an offer to purchase the URL, www.fireyourboss.com (the "Sale"), is approved.

    3.    The sale of the URL, www.fireyourboss.com, free and clear of all liens, claims and interests, is approved.

    4.    Any future sales of any URL's, free and clear of all liens, claims and interests, pursuant to the fifteen (15) day negative notice period provided to the Committee and the Local

Rule 2002-4 of the Local Rules for the Middle District of the United States Bankruptcy Court, Orlando Division, are approved.

**DONE AND ORDERED** on April 6, 2010.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Telligenix Corporation, Attn: Laurence J. Pino, P.O. BOX 2228, Orlando, Florida 32802-2228;

Debtor's Counsel: R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

The Official Committee of Unsecured Creditors, c/o Roy S. Kobert, Esq., P.O. BOX 4961, Orlando, Florida 32802;

Diversified Investment Services, Inc., 7512 Dr. Phillips Blvd., Suite 50-250, Orlando, Florida 32819;

Local Rule 1007-2 Parties-in-Interest List; and

Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801.