# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-15238-KSJ

TELLIGENIX CORPORATION,  CHAPTER 11

        Debtor.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on the **Wednesday August 4, 2010 at 11:00 a.m., at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801**, to consider and act upon the following:

**TELLIGENIX CORPORATION'S MOTION TO TREAT LINCOLN ORLANDO HOLDINGS, LLC'S ADMINISTRATIVE CLAIM AS A PRE-PETITION CLAIM FOR PURPOSES OF SET-OFF UNDER 11 U.S.C. § 553**
**(DOCKET NO. 271)**

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the **NOTICE OF HEARING** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Telligenix Corporation, P.O. Box 2228, Orlando, Florida 32802-2228; Roy S. Kobert, Esq., a/f The Official Committee of Unsecured Creditors, P.O. BOX 4961, Orlando, Florida 32802; Lincoln Orlando Holdings, LLC, c/o Paul J. Keenan, Jr., Esquire, Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131 (as shown on the Proof of Claim); the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801 on this 20th day of July 2010.

    /s/ R. Scott Shuker, Esq.
    R. Scott Shuker, Esq.
    Florida Bar No. 984469
    rshuker@lseblaw.com
    **LATHAM, SHUKER, EDEN BEAUDINE, LLP**
    390 N. Orange Avenue, Suite 600
    Orlando, Florida 32801
    Telephone: (407) 481-5800
    Fax: (407) 481-5801
    Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-15238-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Jul 20 10:34:57 EDT 2010 | America Express<br>US PAYMENT FL<br>2965 W Corporate Lake Blvd<br>Weston, FL 33331-3626 | B2G Venture, Inc<br>2281 NW 53rd Street<br>Boca Raton, FL 33496-3453 |
| Bank of America<br>PO Box 15731<br>Wilmington, DE 19886-5731 | Alvin F Benton Jr<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802-1526 | Leyza F Blanco<br>GrayRobinson<br>1221 Brickell Avenue<br>Suite 1650<br>Miami, FL 33131-3259 |
| CIGNA HealthCare<br>CGLIC - CHATTANOOGA EASC<br>5089 Collection<br>Chicago, IL 60693-0001 | Robert G Clements<br>Office of the Attorney General<br>Assistant Attorney  General<br>135 W. Central Blvd #1000<br>Orlando, FL 32801-2437 | Tiffany Strelow Cobb<br>Vorys Sater Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215-3161 |
| Consumer Protection and<br>Public Health Division of Texas<br>Atty Generals Office<br>Po Box 12548  MC 008<br>Austin  TX  78711 2548 | Rudolph E DeMeo<br>The Law Office of Rudolph E DeMeo PC<br>1449 Light Street<br>Baltimore, MD 21230-4536 | Mariane L Dorris<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 |
| Euro RSCG 4D DRTV<br>2173 Salk Ave, Suite 300<br>Carlsbad, CA 92008-7383 | Steven M Feder<br>Straus & Boies, LLC<br>730 17th Street, Suite 550<br>Denver, CO 80202-3539 | Edward M Fitzgerald<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Flexure, LLC<br>Rudolph E. DeMeo, Esq.<br>The Law Office of Rudolph E. DeMeo, P.C.<br>1449 Light Street<br>Baltimore, MD 21230-4536 | Fred Steinberg, Inc.<br>2281 NW 53rd Street<br>Boca Raton, FL 33496-3453 | John V Garaffa<br>Butler Pappas Weihmuller Katz Craig LLp<br>777 S  Harbour Island Blvd. Suite 500<br>Tampa, FL 33602-5723 |
| Get Motivated Seminars<br>4710 Eisenhower Blvd #B-5<br>Tampa, FL 33634-6300 | Elizabeth A Green<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Suntrust Center, Suite 2300<br>Orlando, FL 32801-3410 | IKON Office Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road<br>Suite 400<br>Macon  GA 31210-1748 |
| Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard Suite 620<br>Orlando, FL 32801-2440 | Paul J Keenan Jr<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131-3238 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| Lincoln Orlando Hldgs, LLC<br>111 N Magnolia Ave #111<br>Orlando, FL 32801-2364 | Lincoln Orlando Holdings LLC<br>c/o Paul J Keenan Jr Esq<br>Greenberg Traurig PA<br>1221 Brickell Ave<br>Miami FL 33131-3238 | Livemercial<br>Attn:  Debbie Reynolds<br>3001 Leonard Dr<br>Valparaiso, IN 46383-2733 |
| Mercury Printers and<br>Promotions, Inc<br>1010 Virginia Drive<br>Orlando, FL 32803-2532 | Microsoft Corp<br>Microsoft Licensing GP<br>Riddell Williams PS<br>1001 Fourth Ave Ste 4500<br>Seattle WA 98154-1065 | Victoria I Minks<br>Latham Shuker Eden & Beaudine LLP<br>390 N Orange Ave<br>Suite 600<br>Orlando, FL 32801-1684 |

| | | |
|---|---|---|
| Multiple Streams of Income<br>5072 North 300 West<br>Provo, UT 84604-5652 | New York Times<br>Att : John Degrazio<br>620 Eighth Avenue<br>New York, NY 10018-1618 | NorthWest Mailing Service<br>5501 W Grand Avenue<br>Chicago, Illinois 60639-2909 |
| OMNI 2 MAX<br>John V Garaffa Esq<br>777 S Harbour Island Blvd<br>Suite 500<br>Tampa FL 33602-5723 | Oracle USA, Inc.<br>c/o Shawn M. Christianson<br>333 Market St., 25th Floor<br>San Francisco, CA 94105-2126 | Original Resources, Inc<br>Attn: Cherif Medawar<br>18622 Rocoso Pl<br>Tarzana, CA 91356-5322 |
| Royal Bank of America<br>550 Twp. Line Road #425<br>Blue Bell, PA 19422 | Joseph E Shickich Jr<br>Ridell Williams PS<br>1001 4th Avenue<br>Suite 4500<br>Seattle, WA 98154-1065 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| State of Florida Dept Legal Affairs<br>Office of the Attorney General<br>Katherine E Timon Esq<br>135 W Central Blvd Suite 1000<br>Orlando FL 32801-2437 | State of Florida Dept of Legal Affairs<br>Office of the Attorney General<br>c/o Robert G Clements<br>135 W Central Blvd Suite 1000<br>Orlando FL 32801-2437 | State of New York<br>Dept of Taxation & Finance<br>Christopher P Moen Esq<br>77 Broadway<br>Buffalo NY 14203-1642 |
| Stephen Rosin<br>General Counsel Telligenix Corp<br>PO Box 2228<br>Orlando FL 32802 2228 | Straus & Boies LLC<br>c/o Steven M Feder Senior Counsel<br>730-17th Street Suite 550<br>Denver CO 80202-3539 | Straus & Boies, LLP<br>730 17th Street, Suite 550<br>Denver, CO 80202-3539 |
| TR Crownepointe LLC<br>c/o Alvin F Benton Esq<br>Holland & Knight LLP<br>200 S Orange Ave Suite 2600<br>Orlando FL 32801-3453 | TW Telecom Inc<br>10475 Park Meadows Dr. #400<br>c/o Linda Boyle<br>Littleton, CO 80124-5454 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 |
| The Consumer Protection and<br>Public Health Division<br>Texas Atty Generals Office<br>PO Box 12548 MC-008<br>Austin Texas 78711 2548 | Torina Media, Inc.<br>202 East Hornbeam Drive<br>Longwood, FL 32779-2531 | Turner Construction Company<br>800 N. Magnolia Ave #500<br>Orlando, FL 32803-3200 |
| Turner Construction Company<br>c/o Elizabeth A Green Esq<br>Baker & Hostetler LLP<br>200 South Orange Ave Suite 2300<br>Orlando FL 32801-3432 | United States Trustee - ORL 11<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Patrick D Vellone<br>Allen & Vellone PC<br>1600 Stout Street<br>Suite 1100<br>Denver, CO 80202-3160 |
| Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Xerographic Digital Printing<br>c/o Steven L Ebanks<br>1948 33rd Street<br>Orlando, FL 32839-8856 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Jill E Kelso
United States Trustee
135 West Central Boulevard Suite 620
Orlando, FL 32801-2440

(u)Christopher P Moen

End of Label Matrix
Mailable recipients    55
Bypassed recipients     2
Total                  57