UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
TELLIGENIX CORPORATION, ) Case No. 6:09-bk-15238-KSJ
) Chapter 11
Debtor. )
)

ORDER VACATING
ORDER CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT,
SCHEDULING CONFIRMATION HEARING, AND FIXING DEADLINES

This case came on for hearing on July 14, 2010. After reviewing the pleadings and considering the position of interested parties, it is

ORDERED

1. The Order Conditionally Approving Amended Disclosure Statement and Scheduling Confirmation Hearing (Doc. No. 255) is vacated.

2. The Court will re-notice a future confirmation hearing, as appropriate.

DONE AND ORDERED in Orlando, Florida, on July 20, 2010.

KAREN S. JENNEMANN
United States Bankruptcy Judge